ACCEPTED
15-24-00051-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/29/2025 11:09 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00051-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/29/2025 11:09:59 AM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS
# FOR THE FIFTEENTH JUDICIAL DISTRICT
# AUSTIN, TEXAS

Crowley Independent School District
*Appellant*

v.

Carl Stoneham and Mike Morath, in his official capacity as
Commissioner of Education of Texas
*Appellees*

On Appeal from the 48th District Court of Tarrant County
No. 048-336026-22, Hon. Chris Taylor, Judge Presiding

## Appellant's Notice of Change of Lead Counsel, Appearance, and Withdrawal

TO THE HONORABLE THIRTEENTH COURT OF APPEALS:

Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure, Appellant Crowley Independent School District files this Notice of Change of Lead Counsel, Appearance, and Withdrawal.

Kevin O'Hanlon of O'Hanlon, Demerath & Castillo hereby enters his appearance as lead counsel for Appellant Crowley Independent School District. Mr. O'Hanlon is replacing Mr. David Campbell as lead counsel.

David Campbell is withdrawing as counsel and consents to be replaced by Kevin O'Hanlon, of the same firm, for Appellant in this cause.

Respectfully submitted,

*/s/ Kevin O'Hanlon*
Kevin O'Hanlon
State Bar No. 15235500
kohanlon@808west.com
O'Hanlon, Demerath & Castillo
808 West Avenue
Austin, TX 78701
Tel: (512) 494-9949
Fax: (512) 494-9919

*/s/ David Campbell*
David Campbell
Texas Bar No. 24057033
*dcampbell@808west.com*
O'Hanlon, Demerath & Castillo
808 West Avenue
Austin, TX 78701
Tel: (512) 494-9949
Fax: (512) 494-9919

**Counsel for Appellant Crowley ISD**

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Tex. R. App. P. 9.5(e), an automated certificate of service will be generated when this document is e-filed.

*/s/ Kevin O'Hanlon*
Kevin O'Hanlon

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kathryn French on behalf of Kevin O'Hanlon
Bar No. 15235500
kfrench@808west.com
Envelope ID: 96728998
Filing Code Description: Other Document
Filing Description: CISD's Notice of Lead Counsel, Appearance & WD
Status as of 1/29/2025 11:41 AM CST

Associated Case Party: Crowley Independent School District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Campbell | | dcampbell@808west.com | 1/29/2025 11:09:59 AM | SENT |
| Kathryn French | | kfrench@808west.com | 1/29/2025 11:09:59 AM | SENT |
| Kevin OHanlon | | kohanlon@808west.com | 1/29/2025 11:09:59 AM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 1/29/2025 11:09:59 AM | SENT |

Associated Case Party: Carl Stoneham

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Daniel Ortiz | | dortiz@ortizlawtx.com | 1/29/2025 11:09:59 AM | SENT |
| Giana Ortiz | | gortiz@ortizlawtx.com | 1/29/2025 11:09:59 AM | SENT |

Associated Case Party: Mike Morath

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Elizabeth Chipelo | | elizabeth.chipelo@oag.texas.gov | 1/29/2025 11:09:59 AM | SENT |
| Martin Cohick | | Martin.cohick@oag.texas.gov | 1/29/2025 11:09:59 AM | SENT |